# MMP&S
## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

**ATTORNEYS AT LAW**
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

September 24, 2025

**VIA ECF**
Honorable Judge Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

    Re:    *Ricardo DiBartolo v. The Segal Group, Inc. et al.*
            Case No.    :    1:23-cv-06095
            <u>Our File No.</u>    :    0420-21153

Dear Judge Rearden:

    As you are aware, the undersigned represents Defendants, *The Segal Group, Inc.* and *David Blumenstein*, in the above-referenced action. We write jointly, with Plaintiff's counsel, in accordance with Section 3(b) of the Court's Mediation Program Procedures to request a removal from the Court-ordered mediation of the matter, which was to take place before Mediator Julie Kowitz Margolies of Kowitz Margolies Mediation LLC, so that the parties may instead mediate this matter before an agreed upon private mediator, Scheinman Arbitration and Mediation Services.

    We remain available should Your Honor require any additional information concerning this request. We thank the Court for its time and consideration.

            Respectfully submitted,

            *Tyler B. Levenson*

            Tyler B. Levenson

ERG/TBL/WLK/kd

Application GRANTED. The parties shall file a joint letter on or before **October 17, 2025**, informing the Court of the status of private mediation.

The Clerk of Court is directed to terminate ECF No. 36.

SO ORDERED.
*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: September 25, 2025

WOODBURY, NEW YORK ▪ PURCHASE, NEW YORK

NEW JERSEY ▪ CONNECTICUT ▪ FLORIDA ▪ PENNSYLVANIA

cc: *via ECF*
Andrew Paul Marks
Dorf & Nelson LLP
555 Theodore Fremd Avenue
Rye, NY 10580

cc: *via Email:* *mediationoffice@nysd.uscourts.gov*
Mediation Office
United States District Court
Southern District of New York
40 Foley Square, Suite 120
New York, New York 10007